# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-02529

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Amy Hunter Stephens and Warren Edward Stephens, Jr.<br><br>    Debtors.<br>_____<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>    Secured Creditor,<br>  vs.<br><br>Amy Hunter Stephens and Warren Edward Stephens, Jr., Debtors; Dianne C. Kerns, Trustee.<br><br>    Respondents. | No. 4:10-bk-00627-EWH<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN |

   BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

   1.  The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., pursuant to the proof of

claim in the amount of $13,897.16. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 2nd day of April, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
                Mark S. Bosco
                Leonard J. McDonald
                Attorneys for Secured Creditor

COPY of the foregoing mailed
April 2, 2010 to:

Amy Hunter Stephens and Warren Edward Stephens, Jr.
5600 E Territory Drive
Tucson, AZ  85750
Debtors

Kathryn L. Johnson
2 E. Congress St., Ste 900
Tucson, AZ 85701
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ  85741
Trustee
By: Ismael G. Solano