Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| AMY HUNTER STEPHENS, WARREN EDWARD STEPHENS, JR. | Case No. 4:10-bk-00627-JMM |
| Debtor. | OBJECTION TO PROOF OF CLAIM NO. 12 AND NOTICE THEREON |

Debtor, Amy Hunter Stephens and Warren Edward Stephens, Jr., by and through counsel undersigned, hereby files this Objection to Proof of Claim No. 12, as follows:

1. On April 26, 2010, Jefferson Capital Systems, LLC filed a Proof of Claim in the amount of $597.77.

2. The last payment made on this account was made 6/23/06.

3. The statute of limitations in Arizona for a written contract for debt is six years (A.R.S. §12-548); for an oral debt, stated or open account the statute of limitations is three years (A.R.S. §12-543).

4. The claim is untimely as it is barred by the applicable statute of limitations.

Debtors respectfully request that this claim be disallowed as recommended above unless on or before 14 days from the mailing of this objection the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Debtor AND receives a withdrawal of objection; OR

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to Debtor's

counsel at 2 E. Congress Street, Suite 900, Tucson, AZ 85701.

          DATED this 13th day of May, 2010.

          LAW OFFICE OF KATHRYN L. JOHNSON

          By: /s/ Kathryn L. Johnson
              Kathryn L. Johnson
              Attorney for Debtor

Copy of the foregoing mailed
this 13th day of May, 2010 to:

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

/s/ Irene L. Lehane